```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 13219
   CRUZ L SALGADO
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

       Debtor
   SSN XXX-XX-7986


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/16/2006 and was confirmed 01/08/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/14/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID          PAID
--------------------------------------------------------------------------------
TOWN OF CICERO            SECURED                570.00           .00          570.00
WASHINGTON MUTUAL         CURRENT MORTG             .00           .00             .00
WASHINGTON MUTUAL         MORTGAGE ARRE         1082.67           .00         1082.67
A/R CONCEPTS              UNSEC W/INTER NOT FILED                 .00             .00
NATIONAL CAPITAL MANAGEM  UNSEC W/INTER         489.73            .00             .00
CAPITAL ONE               UNSEC W/INTER NOT FILED                 .00             .00
CAVALRY INVESTMENTS       UNSEC W/INTER NOT FILED                 .00             .00
CERTEGY                   UNSEC W/INTER NOT FILED                 .00             .00
CODILIS & ASSOCIATES ^    NOTICE ONLY   NOT FILED                 .00             .00
COLLECTION COMPANY OF AM  UNSEC W/INTER NOT FILED                 .00             .00
CREDIT PROTECTION         UNSEC W/INTER NOT FILED                 .00             .00
CR SYSTEM INTR            UNSEC W/INTER NOT FILED                 .00             .00
FIRST NATIONAL CREDIT CA  UNSEC W/INTER NOT FILED                 .00             .00
INFISTAR                  UNSEC W/INTER NOT FILED                 .00             .00
MEDICAL COLLECTIONS SYS   UNSEC W/INTER NOT FILED                 .00             .00
PROFFESSIONAL ACCOUNT MG  UNSEC W/INTER NOT FILED                 .00             .00
PROFESSIONAL CREDIT SERV  UNSEC W/INTER NOT FILED                 .00             .00
ROUNDUP FUNDING LLC       UNSEC W/INTER         335.24            .00             .00
ECMC                      UNSEC W/INTER        9076.50            .00             .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY         2,106.33                       2,106.33
TOM VAUGHN                TRUSTEE                                              241.00
DEBTOR REFUND             REFUND                                                  .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   4,000.00

PRIORITY                                          .00
SECURED                                      1,652.67
UNSECURED                                         .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 13219  CRUZ L SALGADO
```

```
ADMINISTRATIVE                                                   2,106.33
TRUSTEE COMPENSATION                                               241.00
DEBTOR REFUND                                                         .00
                                    ---------------    ---------------
TOTALS                                     4,000.00           4,000.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 04/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                        PAGE   2
    CASE NO. 06 B 13219 CRUZ L SALGADO